IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br><br>   v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>MASSACHUSETTS STATE POLICE and<br>MASSACHUSETTS DEPARTMENT OF<br>CONSERVATION AND RECREATION<br><br>      Defendants. | CIVIL ACTION NO. 1:09-cv-117 |

## **ORDER**

WHEREAS the United States lodged the proposed Consent Decree with this Court on March 30, 2009, pending solicitation and consideration of public comments;

WHEREAS notice of the lodging of the Consent Decree was published in the Federal Register on April 8, 2009;

WHEREAS the 30-day public comment period has expired and the United States Department of Justice has not received any comments to the Consent Decree;

WHEREAS the Court finds that the proposed Consent Decree is fair, reasonable, and consistent with the goals of the statute;

IT IS HEREBY ORDERED, that the Motion by the United States for Entry of the Consent Decree is hereby GRANTED.

IT IS SO ORDERED, this <u>  6th  </u> day of <u>  July         </u>, 2009.

<u>  /s/ Joseph A. DiClerico, Jr.</u>

United States District Judge
