UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Civil No. 09-117-JD

<u>Commonwealth of Massachusetts,</u>
<u>Massachusetts State Police and</u>
<u>Massachusetts Department of</u>
<u>Conservation and Recreation</u>

<u>PROCEDURAL ORDER</u>

    Order granting motion to approve consent decree issued on July 6, 2009, is vacated.

    This case is very closely related to the case of <u>United States, et al. v. Exxon Mobil Corporation, et al.</u>, Civ. No. 1:07-cv-00060 WES from which I was recused.  Therefore, I find that it is appropriate for me to recuse myself in this case.

    The Clerk shall reassign this case to another judge.

    SO ORDERED.

                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

July 7, 2009

cc:  Jeffrey K. Sands, Esquire