UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.          Case No.   09-cv-117-SM

<u>Commonwealth of Massachusetts,</u>
<u>Massachusetts State Police, and</u>
<u>Massachusetts Department of</u>
<u>Conservation and Recreation</u>

<u>O R D E R</u>

  By statute, a financial interest in a party, however slight (i.e. even one share of stock), results in mandatory disqualification.  As I have a financial interest in parties to closely related litigation (involving recovery of clean-up costs at the same site) and issues of contribution among all responsible parties relative to this site may arise, and are specifically referenced in this case, I believe recusal is, if not mandatory, nevertheless appropriate.   Accordingly, I am recused.

  SO  ORDERED.

July  9,  2009

                _/s/ Steven J. McAuliffe_
                Steven J. McAuliffe
                Chief Judge

cc: Jeffrey K. Sands, Esq.