UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                              Civil No. 09-cv-00117-JL

<u>MA Department of Conservation</u>
<u>& Recreation, et al.</u>


**O R D E R**

As this case stems from a consent decree arising from litigation in which the United States was a party that occurred while I held the position of First Assistant United States Attorney for the District of New Hampshire, I hereby recuse myself from this case.

    **SO ORDERED.**

                                                    _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Dated:  July 14, 2009

cc:  Jeffrey K. Sands, Esq.