```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                             Case No. 09-cv-117-PB

**MA Department of Conservation
& Recreation, et al.**


**O R D E R**

    I recuse myself from presiding over this case as I have previously recused myself from similar cases involving the Beede Waste Oil Superfund Site in Plaistow, NH.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

July 15, 2009

cc:  Counsel of Record