UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                Civil No. 09-cv-117-SM

<u>Commonwealth of Massachusetts,</u>
<u>Massachusetts State Police, and</u>
<u>Massachusetts Department of</u>
<u>Conservation and Recreation</u>

### O R D E R

By statute, a financial interest in a party, however slight (i.e. even one share of stock), results in mandatory disqualification. As I have a financial interest in parties to closely related litigation (involving recovery of clean-up costs at the same site) and issues of contribution among all responsible parties relative to this site may rise, and are specifically referenced in this case, I believe recusal is, if not mandatory, nevertheless appropriate.

Accordingly, I hereby recuse myself from this case.

**SO ORDERED.**

                                _____
                                James R. Muirhead
                                United States Magistrate Judge

Date: July 15, 2009

cc:    Jeffrey K. Sands, Esq.